IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GORDON CASEY CAMPBELL                                                                PLAINTIFF

V.                                      NO.  3:07cv00196 JMM

AARON DAVIS, et al                                                                 DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint without prejudice.  Any pending motions are denied as moot.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 7th day of February, 2008.


_____
UNITED STATES DISTRICT JUDGE